05-15-00607-CV

ACCEPTED
05-15-00607-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/13/2015 9:16:55 AM
LISA MATZ
CLERK

No. _____

**IN THE FIFTH DISTRICT COURT OF APPEALS**
**DALLAS, TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/13/2015 9:16:55 AM
LISA MATZ
Clerk

**IN RE 462 THOMAS FAMILY PROPERTIES, LP, *ET AL.*,**

*Relators.*

Original Proceeding
From the Probate Court No. 1, Dallas, County, Texas
Cause No. PR 10-00877-1

**EMERGENCY MOTION TO STAY THE PROBATE COURT'S ORDER
COMPELLING THE PRODUCTION OF CERTAIN DOCUMENTS**

Alan S. Loewinsohn
State Bar No. 12481600
alan@lfdlaw.com
Kerry Schonwald
State Bar No. 24051301
kerry@lfdlaw.com
LOEWINSOHN FLEGLE DEARY, LLP
12377 Merit Drive, Suite 900
Dallas, Texas 75251
Telephone: (214) 572-1700
Facsimile:  (214) 571-1717

Mary Elizabeth Conlon
State Bar No. 24045691
marybeth@theconlonlawfirm.com
THE CONLON LAW FIRM, P.C.
8333 Douglas Ave., Suite 1414
Dallas, Texas 75225
Telephone: (214) 750-1200
Facsimile:  (214) 890-9920

Douglas W. Alexander
State Bar No. 00992350
dalexander@adjtlaw.com
Amy Warr
State Bar No. 00795708
awarr@adjtlaw.com
Melanie Plowman
State Bar No. 24002777
mplowman@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701
Telephone: (512) 482-9300
Facsimile:  (512) 482-9303

Mary C. Burdette
State Bar No. 04268800
mburdette@cnbwlaw.com
CALLOWAY, NORRIS, BURDETTE & WEBER, PLLC
3811 Turtle Creek Blvd., Suite 400
Dallas, TX 75219
Telephone:  (214) 521-1520
Facsimile:  (214) 521-2201

COUNSEL FOR RELATORS

Relators, 462 Thomas Family Properties, LP, *et al.*, seek an emergency stay of the attached probate court Order in order to preserve for mandamus review by this Court their claim to attorney-client privilege of three documents ordered to be produced by the probate court. *See* Order Denying Defendants' Objections to Dan Brittain Subpoenas Duces Tecum, Probate Court No. One of Dallas County (May 11, 2015) (attached as Ex. A). The probate court issued the Order yesterday afternoon, May 11, 2015. Relators seek an emergency stay from this Court because though the Order includes a temporary stay of the compelled production of the documents, that stay expires this **Friday, May 15, 2015 at noon**. The probate court granted this temporary stay in order to give Relators time to request, and this Court time to consider, the granting of a further stay pending resolution of the Petition for Writ of Mandamus filed contemporaneously with this motion. Relators have also contemporaneously submitted under seal to this Court the documents at issue for *in camera* review.

The challenged Order compels the production of certain documents that Relators demonstrate in their mandamus petition are attorney-client privileged under Texas Rule of Evidence 503. These documents are: (1) a memorandum prepared by an attorney for Relators that embodies and reflects legal advice and counseling to Relators; and (2) two versions of a draft amendment to a Partnership Agreement

prepared by Relators' counsel that were never executed. The documents have been described as follows:

1. Amended and Restated Agreement of Limited Partnership of 462 Thomas Family Properties, L.P. (version 1) (undated) (*in camera Ex. 1*)

2. Amended and Restated Agreement of Limited Partnership of 462 Thomas Family Properties, L.P. (version 2) (undated) (*in camera Ex. 2*)

3. Memo to Self from T. Daniel Brittain regarding A&R 462 Thomas Family Properties, LP Agreement (September 4, 2012) (*in camera Ex. 7*)

As described in the Motion to File Part of Mandamus Record under Seal, these three documents have been submitted to this Court for *in camera* view, together with three other redlined documents that Relators prepared to facilitate analysis of the attorney-client privilege claim. Following a hearing and *in camera* review of the documents at issue, the probate court decided the documents were not protected by the privilege under the exceptions to the privilege that appear in Rule 503(d)(2) and (d)(5).

As previously noted, the probate court has granted a stay of its order until Friday, May 15, 2015 at noon. *See* Ex. A (granting stay). If, however, this Court does not rule on Relator's mandamus petition prior to the expiration of the probate court's stay order, the Relators face the prospect of being compelled to produce the documents while the mandamus petition remains pending. In the absence of a stay from this Court, Relator could be compelled to relinquish their attorney-client privilege and the issues raised in Relators' mandamus petition could be rendered moot.

2

Once a privileged document is produced, the privilege cannot be restored. *See Walker v. Packer*, 827 S.W.2d 833, 842 (Tex. 1992) (orig. proceeding); *see also, e.g., Mem. Hosp.—The Woodlands v. McCown*, 927 S.W.2d 1, 12 (Tex. 1996) (orig. proceeding) ("It is well settled that an erroneous order requiring the production of privileged documents leaves the party claiming privilege without an adequate remedy by appeal."). Thus, Relators respectfully request that a stay be issued until the Court rules on Relators' mandamus petition. This Court has jurisdiction to stay an order of a trial court to protect its jurisdiction. TEX. R. APP. P. 52.10; *see also, e.g., In re Tex. Farmers Ins. Co.*, No. 02-13-00449-CV, 2014 WL 345677, at *4 (Tex. App.—Fort Worth Jan. 30, 2014, orig. proceeding) (noting that order compelling production was stayed to permit consideration of relators' mandamus petition); *In re Rogers*, 200 S.W.3d 318, 321 (Tex. App.—Dallas 2006, orig. proceeding) (noting the issuance of a stay of order compelling production of documents pending resolution of mandamus petition asserting privilege).

A trial is currently set in the probate court for May 18, 2015. Relators do not seek a stay of the May 18, 2015 trial setting, but only a stay of the Order of May 11, 2015 compelling production of the documents at issue. Counsel for Real Parties in Interest indicated during yesterday's hearing in the probate court that Real Parties in Interest intend to keep the trial date.

3

**PRAYER**

Relators respectfully request a stay of the probate court's order compelling production of certain documents pending the conclusion of all proceedings addressing Relators' Petition for Writ of Mandamus. Relators also request any other relief to which they may be entitled at law or in equity.

Respectfully submitted,

/s/ Douglas W. Alexander
Douglas W. Alexander
State Bar No. 00992350
alexander@adjtlaw.com
Amy Warr
State Bar No. 00795708
awarr@adjtlaw.com
Melanie Plowman
State Bar No. 24002777
mplowman@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Telephone: (512) 482-9300
Facsimile: (512) 482-9303

Alan S. Loewinsohn
State Bar No. 12481600
alan@lfdlaw.com
Kerry Schonwald
State Bar No. 24051301
kerry@lfdlaw.com
LOEWINSOHN FLEGLE DEARY, LLP
12377 Merit Drive, Suite 900
Dallas, Texas 75251
Telephone: (214) 572-1700
Facsimile: (214) 571-1717

4

Mary Elizabeth Conlon
State Bar No. 24045691
marybeth@theconlonlawfirm.com
The Conlon Law Firm, P.C.
8333 Douglas Ave., Suite 1414
Dallas, Texas 75225
Telephone: (214) 750-1200
Facsimile: (214) 890-9920

Mary C. Burdette
State Bar No. 04268800
mburdette@cnbwlaw.com
CALLOWAY, NORRIS, BURDETTE &
WEBER, PLLC
3811 Turtle Creek Blvd., Suite 400
Dallas, TX 75219
Telephone: (214) 521-1520
Facsimile: (214) 521-2201

**COUNSEL FOR RELATORS**

**CERTIFICATE OF CONFERENCE**

On May 12, 2015, I communicated with Wes Holmes, counsel for Real Parties

in Interest. He stated that his clients oppose this motion for stay.

/s/ Kerry Schonwald
Kerry Schonwald

5

**CERTIFICATE OF SERVICE**

On May 12, 2015, I electronically filed this Emergency Motion to Stay the Probate Court's Order Compelling the Production of Certain Documents with the Clerk of the Court using eFile.TXCourts.gov electronic filing system which will send notification of such filing to the following:

| | |
|---|---|
| Wes Holmes | Larry A. Flournoy, Jr. |
| Texas Bar No. 09908495 | State Bar No. 00795348 |
| wes@wesholmes.com | lflournoy@jhflegal.com |
| Susan Shelton | JORDAN, HOUSER & FLOURNOY, LLP |
| Texas Bar No. 08996750 | 10000 North Central Expressway |
| susan@wesholmes.com | Suite 800 |
| THE HOLMES LAW FIRM | Dallas, Texas 75231 |
| 10000 North Central Expressway | Telephone: (214) 369-0361 |
| Suite 400 | Facsimile:  (214) 242-2170 |
| Dallas, Texas 75231 | |
| Telephone: (214) 890-9266 | |
| Facsimile:  (214) 890-9295 | |
| | |
| Jim Hartnett, Jr. | |
| State Bar No. 09169200 | |
| jim@hartnettlawfirm.com | |
| THE HARTNETT LAW FIRM | |
| 2920 N. Pearl Street | |
| Dallas, Texas 75201 | |
| Telephone: (214) 742-4655 | |
| Facsimile:  (214) 855-7857 | |

**Attorneys for Real Parties in Interest**

Hon. John Peyton, Jr.
Old Criminal Court Building
501 Main Street, 4th Floor
Dallas, Texas 75202
Telephone: (214) 653-7236
john.peyton@dallascounty.org

**Respondent**

/s/ Douglas W. Alexander
Douglas W. Alexander

ROBERT K. THOMAS, as Trustee of the ROBERT K. THOMAS TRUST, as Trustee of the TABATHA D. THOMAS EXEMPT TRUST, as Trustee of the TYLER J. THOMAS EXEMPT TRUST, as Trustee of the ROBERT T. THOMAS EXEMPT TRUST, as Trustee of the TIERNEY G. THOMAS EXEMPT TRUST, as Trustee of the TIERNEY G. THOMAS GST-EXEMPT TRUST A, as Trustee of the ROBERT T. THOMAS GST-EXEMPT TRUST A, as Trustee of the TYLER J. THOMAS GST-EXEMPT TRUST A, and as Trustee of the TABATHA D. THOMAS GST-EXEMPT TRUST A,

        Plaintiffs,

    V.

462 THOMAS FAMILY PROPERTIES, LP, 462 THOMAS FAMILY PROPERTIES MANAGEMENT, LLC, DONALD T. CONLON, ROBYN THOMAS CONLON, Individually, as Executor of the Estate of Howard Gillis Thomas, Deceased, and as Trustee of the KEVIN T. CONLON EXEMPT TRUST, as Trustee of the KEVIN T. CONLON GST-EXEMPT TRUST A, as Trustee of the WILLIAM K. CONLON EXEMPT TRUST, as Trustee of the PATRICK C. CONLON EXEMPT TRUST, as Trustee of the ROBYN THOMAS CONLON TRUST, as Trustee of the PATRICK C. CONLON GST-EXEMPT TRUST A, and as Trustee of the WILLIAM K. CONLON GST-EXEMPT TRUST A,

        Defendants.

**IN PROBATE COURT NO. ONE**

**OF**

**DALLAS COUNTY, TEXAS**

## ORDER DENYING DEFENDANTS' OBJECTIONS TO DAN BRITTAIN SUBPOENAS DUCES TECUM

ON THIS DAY, came on to be considered Defendants' objections to the two subpoenas duces tecum to Dan Brittain for testimony on May 11, 2015 and May 18, 2015. Defendants have objected on the basis of the attorney-client privilege to the production of documents in these categories: "The unsigned Amendment to the Agreement of Limited Partnership of 462 Thomas Family Properties, LP ('the Unsigned Amendment') identified by you at your deposition on April 30, 2015," "All drafts of the Unsigned Amendment," and "All correspondence, email

communications, and memoranda related to the Unsigned Amendment." The documents requested have been submitted to the Court for in camera review.

The Court hereby OVERRULES Defendants' objections to the production of the in camera documents pursuant to Texas Rule of Evidence 503(d)(2) and 503(d)(5). The Court orders the in camera documents be produced to Plaintiff, provided however, that the order to produce the documents is stayed until Friday, May 15, 2015 at noon.

So ORDERED.

SIGNED AND ENTERED: ___May 11___, 2015.

THE HON. JOHN PEYTON, JR.
JUDGE PRESIDING

**JUDGE SITTING BY ASSIGNMENT**

| | |
|---|---|
| **AGREED AS TO FORM ONLY AND NOT SUBSTANCE:** | **AGREED AS TO FORM:** |
| **LOEWINSOHN FLEGLE DEARY, LLP** | **THE HOLMES LAW FIRM** |
| Alan S. Loewinsohn<br>Texas Bar No. 12481600<br>alanl@lfdlaw.com<br>Kerry Schonwald<br>Texas Bar No. 24051301<br>kerrys@lfdlaw.com<br>12377 Merit Drive, Suite 900<br>Dallas, Texas 75251<br>(214) 572-1700 - Telephone<br>(214) 572-1717 – Telecopier | Wes Holmes<br>Texas Bar No. 09908495<br>wes@wesholmes.com<br>Susan Shelton<br>Texas Bar No. 08996750<br>susan@wesholmes.com<br>10000 North Central Expressway, Suite 400<br>Dallas, Texas 75231<br>214-890-9266 |
| **COUNSEL FOR DEFENDANTS** | **COUNSEL FOR ROBERT THOMAS** |

2